# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 19, 2010

No. 09-51168
Summary Calendar

Lyle W. Cayce
Clerk

PAUL BENJAMIN CHUKA AYIKA,

Plaintiff - Appellant

v.

STEPHEN GARCIA,

Defendant - Appellee

Appeal from the United States District Court
for the Western District of Texas
USDC 3:09-CV-362

Before REAVLEY, JOLLY, and OWEN, Circuit Judges.

PER CURIAM:[*]

This court is created by the United States Government and is given certain law and authority for that use, but we judges have no more authority than by laws of the United States we are given. Employing our authority we have examined the complaint and position of the appellant, Paul Benjamin Chuka Ayika, and find there no injury or harm prohibited by these laws. He has no

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 09-51168
Summary Calendar

standing to complain, if any harm is suggested. And no relief is set forth that this court has power to provide. No cause of action is stated.

Consequently, this court has no choice but to affirm the judgment of Judge Montalvo signed on November 30, 2009.

AFFIRMED.